# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-3255
LT Case No. 2023-30624-CJCI

———————————————

D.B., A Child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Michael C. Nappi, Assistant Regional Counsel, of Office of
Criminal Conflict & Civil Regional Counsel, Casselberry, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.

August 20, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*